**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,     )
                                 )
                 Plaintiff,    )
                                 )
    vs.                           )    No. 20-03111-01-CR-S-MDH
                                 )
PAUL R. AISTARS,            )
                                 )
                 Defendant.    )


**REPORT AND RECOMMENDATION
<u>CONCERNING PLEA OF GUILTY</u>**


The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has entered a plea of guilty to Counts One and Two to of the Indictment filed on October 7, 2021. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by a factual basis for each of the essential elements of the offense. I therefore recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.


Date: _January 4, 2022_          _/s/ David P. Rush_____
                                      DAVID P. RUSH
                                      UNITED STATES MAGISTRATE JUDGE

<u>NOTICE</u>

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).